UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) <br> ) <br> Plaintiff,    ) <br> ) <br> v.    ) <br> ) <br> HELEN CRAFT GAWLIK,    ) <br> ) <br> Defendant.    ) <br> ) <br> ) | No.  FILED: MARCH 31, 2008 <br> 08 CV 1838        JH <br> JUDGE DARRAH <br> MAGISTRATE JUDGE ASHMAN |

## **COMPLAINT**

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, brings this action against defendant, Helen Craft Gawlik, for repayment under common law theories of payment by mistake and unjust enrichment.

### **Jurisdiction and Venue**

1. This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1345 and 1355.

2. Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. §§ 1391(b) and 1395(a).

### **Parties**

3. The plaintiff is the United States of America acting on behalf of the United States Office of Personnel Management ("OPM").

4. The defendant, Helen Craft Gawlik, is a domiciliary of the State of Illinois and resides at 4229 North Bloomington Avenue, Arlington Heights, Illinois 60004.

**Factual Background**

5. As one of its functions, OPM executes and administers the Civil Service Retirement System ("CSRS") pursuant to 5 U.S.C. § 1103 and 5 U.S.C. §§ 8331-8351. CSRS provides benefits to retired federal employees, who are referred to as annuitants. An annuitant receives CSRS benefits throughout his/her lifetime.

6. Prior to retirement, a federal annuitant has the option to choose a spousal benefit, where upon the annuitant's death, the amount of the annuity is decreased and then transferred to the surviving spouse. Survivor benefits for eligible surviving children cease at age 18 or, if the child remains a full time student, at age 22. A survivor annuity is payable only upon OPM's approval of an application from the eligible family member.

7. Noalie M. Craft was a federal survivor annuitant and was the recipient of CSRS survivor annuity benefits.

8. On December 25, 1997, Noalie M. Craft died. A true and correct copy of the State of Illinois medical certificate of death of Noalie M. Craft is attached as Exhibit A.

9. The informant on Noalie M. Craft's certificate of death is listed as Helen Wilson, relationship – daughter, mailing address – 1558 Anderson Lane, Buffalo Grove, Illinois 60089.

10. Helen Wilson is also known as Helen Craft Gawlik.

11. At the time of Noalie M. Craft's death, Helen Craft Gawlik, date of birth April 11, 1955, was 42 years old, which made her ineligible to receive CSRS survivor annuity benefits as a surviving child.

12. OPM was not notified of Noalie M. Craft's death and continued to make benefit payments resulting in an overpayment of $59,820 between January 1, 1998, and June 30, 2006.

13. On June 23, 1994, Noalie M. Craft opened First Midwest Bank N.A. account number 104708500. On April 21, 1995, the account holder information was revised to read the account holders as Noalie M. Craft and Helen Wilson.

14. Noalie M. Craft's CSRS federal survivor annuity payments were deposited into First Midwest Bank N.A. account number 104708500 by Department of Treasury electronic funds transfer ("EFT").

15. Between April 1, 2002, and June 30, 2006, $31,377 in CSRS federal survivor annuity payments were paid to Noalie M. Craft by Department of Treasury EFT to First Midwest Bank N.A. account number 104708500. Noalie M. Craft was not legally entitled to the $31,377 in CSRS benefits because she had died. Helen Craft Gawlik was not legally entitled to the $31,377 in CSRS benefits.

16. After December 31, 1997, Helen Craft Gawlik wrote checks withdrawing funds from First Midwest Bank N.A. account number 104708500, including the $31,377 overpayment deposited into this account by OPM for the benefit of Noalie M. Craft.

17. Between April 1, 2002, and June 30, 2006, Helen Craft Gawlik obtained $31,377 in CSRS federal survivor annuity benefits to which she was not legally entitled.

18. Helen Craft Gawlik converted the $31,377 in CSRS federal survivor annuity benefits to her own use.

19. On September 28, 2007, OPM Office of Inspector General Special Agent Katrina Dawkins interviewed Helen Craft Gawlik, who acknowledged that she had written checks to withdraw her mother's benefits after Noalie M. Craft's death.

## Count I

### Payment By Mistake

20. This is a civil action brought by the United States against Helen Craft Gawlik under common law for payment by mistake.

21. The United States repeats and realleges each allegation set forth above in paragraphs 1 through 19 as if set forth fully herein.

22. Helen Craft Gawlik made omissions by failing to report the fact of Noalie M. Craft's death to OPM in order to collect $31,377 in CSRS survivor annuity benefit payments.

23. The United States paid out this money because it mistakenly believed that Noalie M. Craft was still living. The United States' erroneous belief was material to the payments which it made and which benefitted Helen Craft Gawlik.

24. As a result of this mistake, Helen Craft Gawlik has received monies to which she is not entitled.

25. By reason of the overpayments described above, the United States is entitled to damages in the amount of at least $31,377.

## Count II

### Unjust Enrichment

26. This is a civil action brought by the United States against Helen Craft Gawlik under common law for unjust enrichment.

27. The United States repeats and realleges each allegation set forth above in paragraphs 1 through 19 as if set forth fully herein.

28. As a result of the omissions of Helen Craft Gawlik as more fully set forth above, Helen Craft Gawlik received CSRS survivor annuity benefits that she was not entitled to receive. Helen Craft Gawlik has been unjustly enriched with federal monies which in good conscience and in the interest of justice she should not be allowed to retain.

29. Helen Craft Gawlik has been unjustly enriched to the detriment of the United States in the amount of at least $31,377.

## Claim For Relief

WHEREFORE, the United States demands judgment against the defendant as follows:

(a) on Count I (Payment by Mistake), judgment against Helen Craft Gawlik for single damages, pre- and post-judgment interest and costs, and any such further relief as the court deems appropriate; and

(b) on Count II (Unjust Enrichment), judgment against Helen Craft Gawlik for single damages, pre- and post-judgment interest and costs, and any such further relief as the court deems appropriate.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Pierre Talbert
PIERRE TALBERT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-4088
pierre.talbert@usdoj.gov

EXHIBIT A

**STATE OF ILLINOIS**
**MEDICAL CERTIFICATE OF DEATH**

REGISTRATION DISTRICT NO. 49.6
REGISTERED NUMBER 607
STATE FILE NUMBER 97 073127

1. DECEASED NAME: NOLLIE MARY CRAFT
2. SEX: Female
3. DATE OF DEATH: December 25, 1997
4. COUNTY OF DEATH: Lake
5a. AGE-LAST BIRTHDAY: 76
5d. DATE OF BIRTH: December 25, 1921
6a. CITY: Buffalo Grove
6b. 1558 Anderson Lane
6c. at Home
7. BIRTHPLACE: New Orleans LA.
8a. Widowed
8b. None
9. No
10. SSN: 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
11a. USUAL OCCUPATION: Homemaker
11b. at Home
12. EDUCATION: 12
13a. RESIDENCE: 1558 Anderson Lane
13b. Buffalo Grove
13c. Yes
13d. Lake
13e. Illinois
13f. 60089
14a. RACE: White
14b. No
15. FATHER: Frank Matthews Callaghan
16. MOTHER: Ellen Mary Connors
17a. INFORMANT: Helen Wilson
17b. Daughter
17c. 1558 Anderson Ln. Buffalo Grove IL 60089

18. PART I.
(a) ARTERIOSCLEROTIC HEART DISEASE

19a. AUTOPSY: No

21a. December 11, 1997
21b. Yes
21c. 1:46 A.M.
22b. DATE SIGNED: 12/26/97
22c. CERTIFIER: Charles S Deysan MD, 391 S Scranton / Cherry Street, 60085 IL
22d. ILLINOIS LICENSE NUMBER: 036 06165

24a. Cremation
24b. Lakewood Crematory
24c. Lake Bluff Illinois
24d. Dec. 26, 1997
25a. FUNERAL HOME: Kolssak Funeral Home Ltd. 189 S. Milwaukee Av. Wheeling Illinois 60090
25c. 9797
26b. DEC 26 1997

450923   This is to certify that this is a true and correct copy of the official record filed with the Illinois Department of Public Health.

DATE ISSUED: MAY 0 3 2007

ERIC E. WHITAKER, M.D.
STATE REGISTRAR



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE