AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

UNITED STATES OF AMERICA,

CASE NUMBER:   08 CV 1838

V.

ASSIGNED JUDGE:   JUDGE DARRAH

HELEN CRAFT GAWLIK,

DESIGNATED MAGISTRATE JUDGE:   MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

Helen Craft Gawlik
4229 North Bloomington Avenue, # 102
Arlington Heights, Illinois 60004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PIERRE TALBERT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Jacqueline Hollimon*

(By) DEPUTY CLERK

March 31, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | April 1, 2008 |
| NAME OF SERVER *(PRINT)* LuAnn Keane | TITLE Paralegal Specialist |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via FedEx (Tracking #8499 5138 2511) to defendant's attorney: Richard Manning, Esq.; Busman + Manning, 190 S. LaSalle St., Suite 1700, Chicago, IL 60603

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 1, 2008        *LuAnn Keane*
            Date                          *Signature of Server*

219 S. Dearborn St., 5th Floor
Chicago, IL 60604
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.