UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1838 |
| v. | ) | |
| | ) | Judge Darrah |
| | ) | |
| HELEN CRAFT GAWLIK, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on Tuesday, September 9, 2008, at 9:00 a.m., I will appear before Judge Darrah in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the attached Motion of the United States for Entry of Default Judgment, at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Pierre C. Talbert
   PIERRE C. TALBERT
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois  60604
   (312) 353-4088
   pierre.talbert@usdoj.gov